**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

VAN LARIED SCOTT,

    Plaintiff,

v.	CASE NO. 1:11cv80-MP-GRJ

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 18, 2011. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The decision of the Commissioner is REVERSED AND REMANDED to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) with instructions to the Commissioner to conduct a further hearing so that the Administrative Law Judge can pose a hypothetical question to the vocational expert, which accurately and unambiguously includes plaintiff's non-exertional functional limitations in his ability to maintain concentration, persistence and pace.[1]

---

[1] See Bergen v. Commissioner, 454 F.3d 1273 (11th Cir. 2006).

3. Proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) are stayed until the matter is fully adjudicated upon remand. The plaintiff shall file a motion to award fees under 406(b) within 30 days after counsel receives notice from the Commissioner as to plaintiff's past due benefits.

4. This stay relates only to attorney fee proceedings under § 406(b) of the Social Security Act, not to attorney fee proceedings under the Equal Access to Justice Act, 28 U.S.C. § 2412, the latter of which may be adjudicated at this time.

**DONE and ORDERED** this 7th day of September, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**